IN THE MATTER OF THE ESTATE OF
FREDERICK GEORGE EYTON WALKER, DECEASED.

No. 4038.

FILED JUNE 17, 1959.                    DECIDED JUNE 23, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* The petition for rehearing in the above entitled cause is denied without argument. The petition repeats matters fully briefed and argued by counsel on the hearing on appeal and fully considered by the court.

*W. Y. Char* and *Clifton H. Tracy* for appellant Charles Dunbar Walker, for the petition.